*UNITED STATES DISTRICT COURT*
## *WESTERN DISTRICT OF TENNESSEE*
## *WESTERN DIVISION*

---

| | |
|---|---|
| **CURTIS LOGUE, on behalf of himself and all others similarly situated,** | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| **NISSAN NORTH AMERICA, INC. and NISSAN MOTOR COMPANY, LTD.** | **CASE NO: 08-2023-A** |

---

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**  that in accordance with the Order Adopting The Magistrate Judge's Report And Recommendation On Plaintiff's Motion For Voluntarily Dismissal And Motion To Remand entered on July 31, 2008, this cause is hereby dismissed without prejudice.


APPROVED:

s/ S. Thomas Anderson
**UNITED STATES DISTRICT COURT**

DATE: 7/31/2008

                                                THOMAS M. GOULD
                                                Clerk of Court


                                                s/Terry L. Haley
                                              (By)   Deputy Clerk